**CHAMBERS OF**

**LYNN ADELMAN**

**JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

364 U.S. COURTHOUSE

517 EAST WISCONSIN AVENUE

MILWAUKEE, WISCONSIN 53202-4583

414/297-1285

FAX 414/297-1296

July 19, 2006

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

    Re:    Calendar Year 2005 Filing

Dear Committee:

    In response to Judge Smith's July 7, 2006 letter, please note the following:

    In Part III B, which is related to my spouse's income, the entry should be changed to "attorney – self employed."

    If you have any questions, please call.  Thank you for your assistance.

Very truly yours,

Lynn Adelman
District Judge

LA/mw

RECEIVED 2006 JUL 24 A 11: 17 FINANCIAL DISCLOSURE OFFICE

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adelman, Lynn S | Eastern District of Wisconsin | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 517 E. Wisconsin Ave., Rm. 364 Milwaukee, WI 53202 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE 2006 MAY 11 P 2: 21 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Wisconsin - Pension/Retirement | $ 17,611.64 |
| 2. 2005 | State of Wisconsin - Deferred Compensation | $ 12,746.40 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Law Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Constituion Society | Washington DC July 28-31, spoke at seminar (meals, transportation, lodging). |
| 2. Roger Williams University | Bristol, RI October 21-22, spoke at seminar (meals, transportation, lodging). |
| 3. | |
| 4. | |
| 5. | |

Adelman, Lynn S

05/10/2006

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Fund Total Return | D | Dividend | M | T | | | | | |
| 2. Growth Fund of America | A | Dividend | M | T | | | | | |
| 3. Puerto Rico Electric Power Authority | B | Interest | | | Redemption | 7/1 | K | A | |
| 4. Disney, Walt | A | Dividend | | | Gift | 2/15 | J | | |
| 5. McDonalds Corp. | A | Dividend | J | T | | | | | |
| 6. Exxon | A | Dividend | K | T | | | | | |
| 7. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 8. Freescale (Spinoff of Motorola stock listed above) | | None | J | T | | | | | |
| 9. Pepsico, Inc. | A | Dividend | J | T | Partial Gift | 12/19 | J | | |
| 10. Nike | A | Dividend | J | T | | | | | |
| 11. Pfizer, Inc. | B | Dividend | K | T | Partial Gift | 12/19 | J | | |
| 12. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 13. Insured Muni Income Tr. | B | Interest | K | T | | | | | |
| 14. Nuveen Tax Exempt Trust | B | Interest | K | T | | | | | |
| 15. Puerto Rico Bd. Bldg. | A | Interest | K | T | | | | | |
| 16. MFS Cap Opportunities | | | | | | | | | See Part VIII |
| 17. Treasury Invt. Growth Rep. Series 15 (IRA) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Treasury Invt. Gr. Rp Series 18 (IRA) | | None | J | T | | | | | |
| 19. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | J | T | | | | | |
| 20. Rental Property- Milwaukee, WI | E | Rent | N | S | | | | | |
| 21. Citizen's Bank of Mukwonago (S) | A | Interest | J | .T | | | | | |
| 22. Citizen's Bank of Mukwonago, WI | A | Interest | J | T | | | | | |
| 23. Mutual Savings Bank (formerly First Savings Bank) | A | Interest | J | T | | | | | |
| 24. Citizen's Bank of Mukwonago, WI | A | Interest | J | T | | | | | |
| 25. Citizen's Bank of Mukwonago, WI | A | Interest | J | T | | | | | |
| 26. Business - plant nursery at residence | | None | J | W | | | | | |
| 27. Wells Fargo Mun. Fund (was Strong Adv. Muni Bond) | C | Interest | K | T | | | | | |
| 28. Puerto Rico 4.875% | B | Interest | L | T | | | | | |
| 29. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 30. Puerto Rico 5.0% | | None | | | | | | | See Part VII |
| 31. Puerto Rico 5.0% | B | Interest | K | T | | | | | |
| 32. Puerto Rico 5.0% | B | Interest | L | T | | | | | |
| 33. Eaton Vance Tax MGD | C | Dividend | N | T | | | | | |
| 34. Eaton Vance Mut. FDTR | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Adelman, Lynn S | | | 05/10/2006 |
|---|---|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alliance Growth & Income | A | Dividend | L | T | | | | | |
| 36. Guam Power Auth. Rev. | C | Interest | L | T | | | | | |
| 37. Midcap SPDR | A | Dividend | J | T | | | | | |
| 38. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 39. Energizer Holdings | | None | J | T | | | | | |
| 40. Alliance Health Care (IRA) | | None | J | T | | | | | |
| 41. Alliance Technology (IRA) | | | | | | | | | See Part VII |
| 42. Alliance Technology (IRA) | | | | | | | | | See Part VII |
| 43. Alliance Health Care (IRA) | | None | J | T | | | | | |
| 44. Treas. INVT Growth Receipt IRA | | | | | | | | | See Part VII |
| 45. Kinder Morgan | A | Dividend | J | T | | | | | |
| 46. Mainstay MAP Equity -A | A | Dividend | J | T | | | | | |
| 47. Alliance Bernstein IRA | A | Dividend | J | T | | | | | |
| 48. Mainstay MAP Equity-B IRA | A | Dividend | J | T | | | | | |
| 49. Alliance Bernstein Small Cap Value IRA | C | Dividend | K | T | | | | | |
| 50. Mainstay MAP Equity-B IRA | A | Dividend | J | T | | | | | |
| 51. Diamond Tr. Unit 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity New Insight IRA | A | Dividend | J | T | | | | | |
| 53. Fidelity New Insight Sep IRA | A | Dividend | K | T | | | | | |
| 54. Mutual Discovery Sep IRA | B | Dividend | K | T | | | | | |
| 55. Alliance Disciplined Value ADGBX (IRA) | A | Dividend | J | T | | | | | |
| 56. Henderon European Focus Fund HFEDX (IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII line 16, MFS Cap Opportunities, was totally disposed of in 2004, as reported (section C should have been left blank).

Section VII line 29, Puerto Rico 5.0%, was an inadvertent duplicate listing of a single asset.

Section VII line 20 reflects City of Milwaukee's Assessor's Office assessment, which is considered by that office to be 100% of its value.

Section VII, line 25, is a savings account holding funds for plant nursery.

Section VII line 26, plant nursery at residence, had no income during the reporting period.

Section VII line 41-42, Alliance Technology IRA, were totally disposed of in 2004, as reported (section C on both should have been left blank).

Section VII line 44, Treas. INVT, was totally disposed of in 2004, as reported (section C should have been left blank).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/10/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544